**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

| | | |
|---|---|---|
| M.A. AND H.A. | : | No. 114 MM 2020 |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| DIOCESE OF SCRANTON, BISHOP | : | |
| JAMES TIMLIN, AND BISHOP JOSEPH | : | |
| BAMBERA | : | |
| | : | |
| | : | |
| PETITION OF: DIOCESE OF SCRANTON | : | |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 14th day of August, 2020, the Application for Leave to Supplement is GRANTED, and the Application for Extraordinary Relief and Stay and the Application for Oral Argument are DENIED.